IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| COREY MUNFORD | : | No. 15-376-7 |

### ORDER

**AND NOW**, this 12th day of January, 2021, upon consideration of Corey Munford's Letters Requesting the Appointment of Counsel (Doc. Nos. 723, 724, and 734), his Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 737), his Second Motion for Compassionate Release (Doc. No. 763),[1] the Government's Response in Opposition to his Motions (Doc. No. 771), and Mr. Munford's letter dated December 12, 2020 (Doc. No. 776), it is hereby **ORDERED** that Mr. Munford's Motions for Compassionate Release (Doc. Nos. 737, 763) and Mr. Munford's requests for the appointment of counsel[2] are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court construes Mr. Munford's second motion for compassionate release as a supplement to his first.

[2] Mr. Munford requested appointment of counsel in his earlier three letters, his two compassionate release motions, and his December 12, 2020 letter.

1