IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| COREY MUNFORD | : | No. 15-376-7 |

## ORDER

AND NOW, this 14th day of April, 2021, upon consideration of Corey Munford's *pro se* Motion to Vacate/Set Aside/Correct His Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 624), Mr. Munford's *pro se* Motion to Vacate/Set Aside/Correct His Sentence pursuant to 28 U.S.C. § 2255 filed on the Correct Form (Doc. No. 629), the Government's Response in Opposition (Doc. No. 641), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Munford's Motion to Vacate/Set Aside/Correct His Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 629) is **DENIED**; and

2. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1