# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COREY MUNFORD** | : | **No. 15-376-7** |

## ORDER

AND NOW, this ____ day of November, 2021, upon consideration of Corey Munford's Motion for Compassionate Release (Doc. No. 808), his letter in support of this motion (Doc. No. 824), the Government's Response in Opposition to his Motion (Doc. No. 828), and Mr. Munford's October 28, 2021 letter (Doc. No. 835), it is hereby **ORDERED** that Mr. Munford's Motion for Compassionate Release (Doc. No. 824) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1